UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Heewon Lee**

    Plaintiff

V.

    CIVIL ACTION

    NO. 1:23-10714-FDS

**Bank Of America et al**

    Defendant

## ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's MEMORANDUM AND ORDER dated January 9, 2024 (Dkt. No. 28), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    By the Court,

1/9/2024      /s/ Flaviana de Oliveira
Date      Deputy Clerk